## JONAS COHLER *v.* LISA SELSBY COHLER
## (AC 30448)

Bishop, Harper and Beach, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The judgment is affirmed.

## MICHAEL GAY *v.* COMMISSIONER OF CORRECTION
## (AC 31473)

Bishop, Harper and Beach, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

## ANTONIO T. RIBEIRO *v.* ROSEMARY
## WONG FRAGOSO
## (AC 31480)

Bishop, Harper and Beach, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The judgment is affirmed.